UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

JEFFREY DIEHL,            Case No. 10-61054
       Debtor(s)                                Chapter 7 Case

STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTORS

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and §329(a) of the Bankruptcy Code, states that:

1. The undersigned is the attorney engaged by debtor(s) primary attorney for the debtor(s) §341 Meeting in this case and files this statement as required by applicable rules.

2. (a) The filing fee paid by the under-signed to the clerk for debtor(s) In this case is:                                              $ N/A

   (b) The compensation paid or agreed to be paid by the debtor(s) Attorney to the undersigned is:
   $ 100.00

   (c) Prior to filing this statement, the debtor(s) Attorney paid to the Undersigned:      $ 0.00

   (d) The unpaid balance due and payable by the debtor(s) to the undersigned:      $ 100.00

3. The services rendered or to be rendered include the following: representation of the debtor(s) at the meeting of creditors and other services reasonable necessary to represent the debtors at the meeting of creditors.

4. The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:  N/A

5. The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:  __10-12-10_____                    Signed: /E/Robert Kalenda
                                                                               Robert L. Kalenda
                                                                               Bar No. 53260
                                                                               KALENDA LAW OFFICE
                                                                               919 West St. Germain, Suite 2000
                                                                               St. Cloud, MN 56301
                                                                               320-255-8840